The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHASHANK KUMAR,<br><br>Plaintiff,<br>v.<br><br>JOSEPH EDLOW, *et al.*,<br><br>Defendants. | Case No. 2:26-cv-01735-KKE<br><br>STIPULATED MOTION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT<br><br>Noted for Consideration:<br>July 30, 2026 |

**JOINT STIPULATION**

The Parties, through undersigned counsel, jointly file this stipulation asking the Court to extend the deadline for the filing of Defendants' Answer to Plaintiff's Complaint until August 31, 2026.

Plaintiff filed their Complaint on May 20, 2026. Pursuant to LCR 12(a)(1), the Defendants' response to the complaint is due on July 31, 2026. The Parties have agreed to extend the deadline until August 31, 2026 to allow time for Plaintiff to receive a hard copy of Defendants' adjudication decision. Therefore, the Parties submit there is good cause for a brief extension of Defendants' time to respond to the complaint and have stipulated to extend that deadline until August 31, 2026.

//



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**SO STIPULATED.**

DATED this 30th day of July, 2026.

Respectfully submitted,

*s/ Matt Waldrop*
MATT WALDROP, GA No. 349571
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-4067
Email: james.waldrop@usdoj.gov

*Attorney for Defendants*

*I certify that this memorandum contains 114 words, in compliance with the Local Civil Rules.*

*/s/ Hallie Schechter*
Hallie Schechter, Esq.
(MO State Bar No.: 76760)

**KLDP LLP**
250 W 34th Street, Floor 3
New York, NY 10119
Tel. No. (949) 439-4511
Email: hallies@kldpllp.com

*/s/ Adam W. Boyd*
Adam W. Boyd, Esq.
(WA State Bar No.: 49849)

**GIBBS HOUSTON PAUW**
1000 Second Ave., Suite 1600
Seattle, WA 98104
Tel. No. (206) 682-1080
Email: adam.boyd@ghp-law.net
*Local Counsel*

*Attorneys for Plaintiff*

**ORDER**

It is hereby ORDERED that the parties' motion is GRANTED. Defendants shall file their Answer by August 31, 2026.

DATED this 30th day of July, 2026.

Kymberly K. Evanson
United States District Judge