UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHASHANK KUMAR,<br><br>Plaintiff(s),<br>v.<br><br>JOSEPH EDLOW, et al.,<br><br>Defendant(s). | CASE NO. C26-1735-KKE<br><br>DISMISSAL ORDER |

Plaintiff Shashank Kumar has notified the Court of his intent to dismiss this action without prejudice under Federal Rule of Civil Procedure 41(a)(1)(A). Dkt. No. 10. Accordingly, this matter is DISMISSED without prejudice, and the clerk is directed to administratively close this case.

Dated this 19th day of August, 2026.

Kymberly K. Evanson
United States District Judge